# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CLIFFORD HACKETT, | CIVIL CASE NO. 23-00014 |
| Plaintiff, | |
| vs. | **ORDER** |
| PUBLIC HEALTH, | |
| Defendant. | |

This matter is before the court on Plaintiff Clifford Hackett's Complaint, filed May 10, 2023. ECF No. 1. Plaintiff was given the opportunity to amend his Complaint to avoid dismissal. *See* Order, ECF No. 3. Plaintiff has not filed an amended complaint, and his time to do so has expired. *See id.*

The court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *Ash v. Cvetkov*, 739 F.2d 493 (9th Cir. 1984). "[T]he district court must weigh the court's need to manage its docket, the public interest in expeditious resolution of litigation, and the risk of prejudice to the defendants against the policy favoring disposition of cases on their merits, and the availability of less drastic sanctions." *Id.* (citations omitted).

In order for the court to manage its docket and to reflect the public's interest in the

expeditious resolution of litigation, the court finds that dismissal of this case is warranted. The court finds that no less drastic sanction is available, as Plaintiff has not filed an amended complaint and his original complaint was dismissed. For the reasons stated herein, the above-captioned matter is **DISMISSED**.

      **SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jul 25, 2023**